AUGUSTE DORN, Administratrix of LAURA SCHEMANSKA, Deceased, Appellant, *v.* THE TOWN OF OYSTER BAY, Respondent.

*Dorn* v. *Town of Oyster Bay,* 84 Hun, 510, affirmed.
(Submitted March 14, 1899; decided April 18, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered February 21, 1895, upon an order affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit, and an order denying a motion for a new trial.

*Paul E. De Fere* for appellant.

*F. H. Van Vechten* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.

---

ALFRED SHRIMPTON & SONS (Limited), Respondent, *v.* SIMON ESCHWEGE, Appellant.

*Shrimpton & Sons* v. *Eschwege,* 10 App. Div. 56, affirmed.
(Argued March 14, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Edward W. S. Johnston* for appellant.

*Charles F. Bridge* and *George C. Coffin,* for respondent.

Judgment and order affirmed, with costs; no opinion. All concur, except O'BRIEN and VANN, JJ., not voting.